# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MARYLAND CASUALTY COMPANY | : No. 230 MAL 2016 |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| WARREN MCGRATH AND NANCY ZIHALA-MCGRATH, MARTIN BURRIDGE D/B/A BURRIDGE TENT RENTALS, MARTIN BURRIDGE, INDIVIDUALLY | : |
| | : |
| PETITION OF:  WARREN MCGRATH AND NANCY ZIHALA-MCGRATH | : |
| MARYLAND CASUALTY COMPANY | : No. 231 MAL 2016 |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| WARREN MCGRATH, NANCY ZIHALA-MCGRATH, MARTIN BURRIDGE D/B/A/ BURRIDGE TENT RENTALS AND MARTIN BURRIDGE, INDIVIDUALLY | : |
| | : |
| PETITION OF: MARTIN BURRIDGE D/B/A BURRIDGE TENT RENTALS | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht and Justice Mundy did not participate in the consideration or decision of this matter.